879 F.2d 859
 Saporito (Arsenio C.), Ambrosio (Pasquale F.), Baum
(Alfred), Betz (Frederick), Bochicchio (Rose), Burroughs
(William), Burruano (Amerigo), Carlson (Edwin), Cheperak
(William), Crowley (George), Davis (Vernon), DeMar (John),
Diamond (Fred), Dyer (Norma), Gottlieb (Murray), Humbla
(Svante), Jedziniak (Edward), Kyle (Alda), Marion (Charles),
Marshall (Louis), Martone (Richard), Mikedes (James),
Morrell (Anthony), Per Olof Einer Reich, Robie (Robert), Rodriguez
 NO. 87-5144
 United States Court of Appeals,
Third Circuit.
 JUN 29, 1989
 
 1
 Appeal From: D.N.J.; Remand from 109 S.Ct. 1306
 
 
 2
 REMANDED IN PART.